**GLAZER HAMMOND, PLLC**
223 N. Elden St.
Flagstaff, AZ 86001-4623
Phone: (928)556-0983
Facsimile: (928)556-0984
Email: info@glazerhammond.com
**KEITH A. HAMMOND**
State Bar No. 012168
**JACOB R. SMETS**
State Bar No. 034731
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR
# THE DISTIRCT OF ARIZONA

| | |
|---|---|
| SARA A. CHRISTOPHER, a single woman, and ERNIE RAY FLORES, a single man,<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA, acting through THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br>Defendant. | No. _____<br><br>**COMPLAINT FOR DAMAGES (FEDERAL TORT CLAIMS ACT)** |

Plaintiffs, through their undersigned attorney of record, Glazer Hammond, PLLC , allege as follows:

## I.
## PARTIES

1.1   Plaintiffs Sara A. Christopher and Ernie R. Flores at all times material were residents of Flagstaff, Arizona.

1.2   Defendant, the United States of America, acted through the United States Department of the Interior. ("USDI"). USDI is an independent agency of the United States.

## II.
## JURISDICTON AND VENUE

2.1.    The acts and omissions giving rise to this cause of action occurred in Coconino County, Arizona.

2.2.    Jurisdiction in this case is founded upon 28 U.S.C. §1331 and the Federal Tort Claims Act of June 25, 1948, 62 Stat. 982 (28 U.S.C. §§1346(b)(1), 2671 *et seq*.).

2.3    Jurisdiction and venue are properly lodged in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §1402(b), which provides: "Any civil action on a tort claim against the United States under subsection (b) of section 1346 of this title may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred."

2.4.    Plaintiffs' claims were properly and timely presented to the appropriate federal agency (USDI) pursuant to the Federal Tort Claims Act. USDI has finally denied both Plaintiff claims in denial letters dated July 29, 2020.

2.5    This action is timely pursuant to the requirement of 28 U.S.C. § 2401(b).

## III.
## FACTS COMMON TO ALL CAUSES OF ACTION

3.1.    On October 10, 2019 at approximately 10:23 a.m. Plaintiff Ernie Flores was driving his 1992 Plymouth van northbound on U.S. Highway 89 approaching the intersection at East Marketplace Drive within the city limits of Flagstaff, Coconino County, Arizona.

3.2.    Plaintiff, Sara Christopher was a passenger in Plaintiff Flores' van.

3.3 Loretta A. Goldtooth was driving a 2017 Dodge owned by the USDI southbound and had entered the left turn lane to turn left onto East Marketplace Drive.

3.4 As Plaintiff's van proceeded through the intersection on a green light, Ms. Goldtooth suddenly tuned left against the green light and collided with Plaintiff's van with such force that it spun it around and sent it into a light pole at the northeast corner of the intersection.

3.5 Ms. Goldtooth was employed by and was acting within the scope of her employment with USDI at the time of the motor vehicle accident giving rise to this case

3.6 The United States of America, acting through the USDI, is liable for damages caused by Ms. Goldtooth.

## IV.
## FIRST CAUSE OF ACTION – NEGLEIGENCE FOR INJURIES TO SARA A. CHRISTOPHER

4.1 Plaintiff Sara Christopher realleges all prior allegations as though fully stated herein.

4.2 Ms. Goldtooth breached the duty of care owed to Plaintiff Christopher.

4.3 The collision occurred as a result of Ms. Goldtooth's failure to operate her vehicle in a reasonably safe manner and failure to yield.

4.4 As a direct and proximate result of Ms. Goldtooth's negligence, Plaintiff Christopher suffered both special and general damages in an amount to be determined at trial but in no event more that the amount requested in her claim absent good cause.

## V.
## SECOND CAUSE OF ACTION – NEGLEIGENCE FOR INJURIES TO ERNIE R. FLORES

5.1     Plaintiff Ernie R. Flores realleges all prior allegations as though fully stated herein.

5.2     Ms. Goldtooth breached the duty of care owed to Plaintiff Flores.

5.3     The collision occurred as a result of Ms. Goldtooth's failure to operate her vehicle in a reasonably safe manner and failure to yield.

5.4     As a direct and proximate result of Ms. Goldtooth's negligence, Plaintiff Flores suffered both special and general damages in an amount to be determined at trial but in no event more that the amount requested in his claim absent good cause.

DATED this 7th day of October, 2020.

                                                  GLAZER HAMMOND, PLLC

                                                  /s/ Keith A. Hammond
                                                  Keith A. Hammond
                                                  Attorney for Plaintiffs